| D/KS Prob. 22 (Rev 06/13) | | DOCKET NUMBER (Trans. Court) PACTS# 6010741 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1083 2:19CR20040-004 |
| | | DOCKET NUMBER *(Rec. Court)* 2:26-cr-00066-GMN-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE: | DISTRICT District of Kansas | DIVISION Kansas City |
|---|---|---|
| Jonathan Washington | NAME OF SENTENCING JUDGE Honorable Julie A. Robinson | |

FILED ✔   RECEIVED   ENTERED   SERVED ON

**JUNE 15 2026**

CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA

BY: ____ AMMi ____ DEPUTY

| DATES OF PROBATION / SUPERVISED RELEASE: | FROM 05/23/2025 | TO 05/22/2029 |
|---|---|---|

**OFFENSE:**

Controlled Substance - Sell - Distribute - Or Dispense in violation of 21 U.S.C. § 841A, Class B Felony

**JUSTIFICATION/REASON FOR TRANSFER:**

Transfer of jurisdiction is advantageous for the person under supervision to be successful due to pro-social ties in the receiving district.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

     IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the court to the United States District Court for the District of Nevada upon that court's order of acceptance of jurisdiction.

This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

| 4/21/26 | s/ Julie A. Robinson |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted at the discretion of the transferring court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

| June 16, 2026 | |
|---|---|
| *Effective Date* | *United States District Judge* |

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Jonathan L Washington

Case No.:  To be assigned

**REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISDICTION**

April 27, 2026

TO:    The Honorable District Judge

By way of case history, Mr. Washington was sentenced by the Honorable Julie A. Robinson on January 6, 2020, to 77 months prison followed by four years supervised release for the offense of Knowingly Possessing with Intent to Distribute, and Distribution of More Than Five Grams of Methamphetamine. On October 16, 2025, Mr. Washington commenced his supervision in the District of Nevada.

Mr. Washington plans to remain in Las Vegas for the duration of his supervision. To expedite any future matters that may require the Court's attention, it is recommended the Court accept jurisdiction of the case.

Should the Court agree with this request, a signed transfer of jurisdiction form 22 is attached for Your Honor's review and signature.

Respectfully submitted,

Digitally signed by Erica Hogans
Date: 2026.04.28 07:12:02 -07'00'

_____

Erica Hogans
U.S. Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2026.04.27 14:06:10 -07'00'

_____

Amberleigh Barajas
Supervisory United States Probation Officer