Ross C. Goodman, Esq.
Nevada Bar No. 7722
GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email: ross@goodmanlawgroup.com
*Attorney for Defendant, Jonathan Washington*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN WASHINGTON,<br><br>Defendant. | Case No.: 2:26-cr-00066-GMN-MDC<br><br>**STIPULATION TO CONTINUE PRELIMINARY EXAMINATION**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, U.S. Attorney General, and Courtney Strange, Assistant United States Attorney, counsel for the United States of America, and Ross C. Goodman, of Goodman Law Group, P.C., CJA counsel for Jonathan Washington, that the preliminary examination currently scheduled for November 5, 2026, at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. On October 29, 2026, the Office of the Federal Public Defender was permitted to withdraw, and on November 2, 2026, the Court appointed Ross C. Goodman as CJA counsel for Mr. Washington, nunc pro tunc to October 29, 2026 (ECF No. 20).

2. Undersigned counsel was recently appointed and has not yet received the violation report or the discovery in this matter and has not had an adequate opportunity to review the



GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

allegations in the Petition and Amended Petition or to consult with Mr. Washington regarding them.

3. Additional time is needed for defense counsel to obtain and review the discovery, investigate the alleged violations, and adequately prepare for the preliminary examination.

4. Mr. Washington is detained and agrees with the need for the continuance.

5. The parties agree to the continuance.

6. The additional time requested is not sought for delay.

7. This is the first request to continue the preliminary examination and the revocation hearing.

Dated this 5th day of November 2026.

GOODMAN LAW GROUP

*/s/ Ross C. Goodman*
By______________________________
Ross C. Goodman
CJA Counsel for Jonathan Washington

TODD BLANCHE
U.S. Attorney General

*/s/ Courtney Strange*
By:______________________________
Courtney Strange
Assistant United States Attorney
U.S. Attorney's Office



GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

Ross C. Goodman, Esq.
Nevada Bar No. 7722
GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email: ross@goodmanlawgroup.com
*Attorney for Defendant, Jonathan Washington*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JONATHAN WASHINGTON,<br>Defendant. | Case No.: 2:26-cr-00066-GMN-MDC<br><br>**ORDER** |

IT IS HEREBY ORDERED that the preliminary examination currently scheduled for November 5, 2026, at 4:00 p.m., be vacated and set for **January 4, 2027, at 4:00 p.m.** in Courtroom 3A.

DATED this 5th day of November 2026.

HONORABLE DANIEL J. ALBREGTS
U.S. MAGISTRATE JUDGE