Ross C. Goodman, Esq.
Nevada Bar No. 7722
GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email: ross@goodmanlawgroup.com
*Attorney for Defendant, Jonathan Washington*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JONATHAN WASHINGTON,<br>Defendant. | Case No.: 2:26-cr-00066-GMN-MDC<br><br>**ORDER** |

IT IS HEREBY ORDERED that the revocation hearing currently scheduled for November 12, 2026, at 10:00 a.m., be vacated and set for January 5, 2027 at the hour of 10:30 a.m. in Courtroom 7D.

DATED this 10 day of November 2026.

HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE